Certiorari dismissed, October 6, 2008

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1975**

---

CLEVEN LEWIS ROBERSON,

       Plaintiff - Appellant,

   v.

PAUL GRAZIANO, Executive Director,

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William M. Nickerson, Senior District Judge.   (1:07-cv-01098-WMN)

---

Submitted:  February 29, 2008          Decided:  March 14, 2008

---

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Cleven Lewis Roberson, Appellant Pro Se.  Carrie Blackburn Riley, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleven Lewis Roberson appeals the district court's order granting Defendant's motion to dismiss Roberson's civil complaint pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim. In his informal appellate brief, Roberson failed to challenge the district court's reasons supporting the denial of relief. Accordingly, Roberson has waived appellate review of those issues. See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED